**Payment Bond**

*(This bond is issued simultaneously with Performance Bond in favor of the Owner conditioned on the full and faithful performance of the contract.)*

U.S. Department of Housing
and Urban Development
Office of Housing




Project No. 000-35400

Know All Men By These Presents, THAT WE, __Hamel Builders, Inc.__

of __6586 Meadowridge Road__

__Elkridge MD 21075__ as Principal, (hereinafter called the Principal)

and __St. Paul Fire and Marine Insurance Company__, a __Minnesota__ as Surety,

(hereinafter called the Surety) are held and firmly bound unto __Bowling Green Apartments__

__Limited Partnership__ as Obligee, (hereinafter called the "Owner"), for the use

and benefit of claimants as hereinafter defined, in the sum of __Nine Million Seven Hundred__

__Eighty Five Thousand and 00/100__ Dollars ($9,785,000.00), lawful money of the United

States of America, for the payment of which Principal and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Principal has entered into a Construction Contract dated _____

with Owner for the renovation of a Housing Project designated as __Bowling Green Apartments__

HUD Project No. 000-35400

a copy of which Construction Contract is by reference made a part hereof, and is hereinafter referred to as the Contract.

NOW, THEREFORE, THE CONDITIONS OF THIS OBLIGATION is such that, if Principal shall promptly make payment to all claimants as hereinafter defined, for all labor and material used or reasonably required for use in the performance of the Contract, then this obligation shall be void; otherwise it shall remain in full force and effect, subject, however, to the following conditions:

1. A claimant is defined as one having a direct contract with the Principal or with a subcontractor of the Principal for labor, material, or both, used or reasonably required for use in the performance of the contract, labor and material being construed to include that part of water, gas, power, light, heat, oil, gasoline, telephone service or rental of equipment directly applicable to the Contract.

2. The above named Principal and Surety hereby jointly and severally agree with the Owner that every claimant as herein defined, who has not been paid in full before the expiration of a period of ninety (90) days after the date on which the last of such claimant's work or labor was done or performed, or materials were furnished by such claimant, may sue on this bond for the use of such claimant, prosecute the suit to final judgment for such sum or sums as may be justly due claimant, and have execution thereon. The Owner shall not be liable for the payment of any costs or expenses of any such suit.

3. No suit or action shall be commenced hereunder by any claimant:

a) Unless claimant, other than one having direct contract with the Principal, shall have given written notice to any two of the following: The Principal, the Owner, or the Surety above named, within ninety (90) days after such claimant did or performed the last of the work or labor, or furnished the last of the materials for which said claim is made, stating with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished, or for whom the work or labor was done or performed. Such notice shall be served by mailing the same by registered mail or certified mail, postage prepaid, in an envelope addressed to the Principal, Owner or Surety, at any place where an office is regularly maintained for the transaction of business, or served in any manner in which legal process may be served in the state in which the aforesaid project is located, save that such service need not be made by a public officer.

replaces form FHA 2452-A
which is obsolete

form HUD-92452-A (5/98)
ref. Handbook 4571.1



EXHIBIT A

b) After the expiration of one (1) year following the date on which Principal ceased work on said Contract, it being understood, however, that if any limitation embodied in this bond is prohibited by any law controlling the construction hereof such limitation shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.

c) Other than in a state court of competent jurisdiction in and for the county or other political subdivision of the state in which the project, or any part thereof, is situated, or in the United States District Court for the district in which the project, or any part thereof, is situated, and not elsewhere.

1. The amount of this bond shall be reduced by and to the extent of any payment or payments made in good faith hereunder, inclusive of the payment by Surety of mechanics' liens which may be filed of record against said improvement, whether or not claim for the amount of such lien be presented under and against this bond.

SIGNED and SEALED this _____ day of _____

Witness as to Principal

Hamel Builders, Inc. _____ (SEAL)
(Principal)

By _____

St. Paul Fire and Marine Insurance Company
(Surety)

By _____

---

S 2,783,000.00

St. Paul Fire and Marine Insurance Company
(Surety)

PAYMENT BOND

No. _____

On Behalf of
Hamel Builders, Inc.

Bowling Green Apartments
Limited Partnership

Berkshire Mortgage Finance

U.S. Department of Housing
and Urban Development

Date _____
Expires _____

May 20 04 02:03p    C&F Construction                                  p.2
Mar 02 04 01:31p    BaySaver Technologies, Inc   3018293747           p.2

**BAYSAVER TECHNOLOGIES, INC.**
1302 Rising Ridge Road, Unit 1
Mount Airy, Maryland  21771
301-829-6470   Fax 301-829-3747


Bowling Green

## QUOTATION

QUOTED TO:
Mike Whitehead Sr.
C & F Construction Co.
VIA FAX: 301-772-8394
PHONE: 301-772-5500 (x29)

| | |
|---|---|
| QUOTATION DATE | 3/2/2004 |
| GOOD THROUGH | 04/01/04 |
| TERMS | SEE BELOW |

PROJECT: Bolling Green New Apartments & Rehab

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | 5K BAYSAVER SEPARATOR UNIT<br>INCLUDES: FERNCO COUPLERS<br>  HDPE CONNECTING PIPES<br>  48" HDPE REDUCER/ADAPTER<br>  MAR MAC COUPLERS | $ 12,160.00 | $ 12,160.00 |
| 1 | 10K BAYSAVER SEPARATOR UNIT<br>  FERNCO COUPLERS INCLUDED<br>  HDPE CONNECTING PIPES INCLUDED<br>  60" HDPE REDUCER/ADAPTER & COUPLERS<br>  MAR MAC COUPLERS | $ 19,060.00 | $ 19,060.00 |
| | SUB-TOTAL | | $ 31,220.00 |
| | FREIGHT | | $ 200.00 |
| | QUOTATION TOTAL | | $ 31,420.00 |

Customer to unload units from our trucks.
Separator unit prices include Fernco™ couplers and HDPE pipes to the storage manhole.
A two-week ordering lead-time is required. Expedited orders require an additional 20% charge.
Precast manholes and manhole covers must be ordered separately from a local precaster and are not included in the above prices.
All prices are FOB, Mount Airy, Maryland, plus any applicable sales tax.

SUBMITTED:
BAYSAVER TECHNOLOGIES, INC.
BY: _Donna Zeiler_    DATE: 3/2/04
  Donna Zeiler

Terms are COD, or 30 days with approved credit. The undersigned hereby acknowledges that this account is due 30 days after invoice. In the event that the account is not paid in full within 30 days past the invoice date then this account will be deemed to be past due and shall incur a penalty of 1.5% per month for each month, or part thereof, that the account remains outstanding.  In the event that collection or legal action should be necessary to enforce any provision of this agreement then the undersigned agrees to pay all collection fees, court cost, attorney's fees and other fees that may be necessary in the collection of this account. It shall be deemed that this contract was executed in Frederick County Maryland. If any legal action is necessary with respect to this account it shall be commenced and maintained in Frederick County Maryland. By execution hereof the undersigned directly or through his signing agent, agrees to the above terms.

ACCEPTED:
FIRM: C&F Const
BY: _W.J. _____    DATE: 5/20/04
TITLE: ____

*THANK YOU FOR YOUR BUSINESS!*

Order only 10k now.

please send to site 5/27/04


EXHIBIT

HP Fax 1230

Log for
BaySaver Technologies Inc
3018293747
Sep 01 2004 10:27AM

Last Transaction

| Date  | Time    | Type     | Identification | Duration | Pages | Result |
|-------|---------|----------|----------------|----------|-------|--------|
| Sep 1 | 10:26AM | Fax Sent | 3018292295     | 1:43     | 8     | OK     |



# FAX COVER SHEET

Please deliver the following to:

NAME: Mike Whitehead, Sr.  
FIRM: C & F Construction, Co.  
PHONE: 301-772-5500  
FAX NO: 301-772-8394  

FROM: Donna Zeiler  
DATE: 3/2/04  
PAGES: 11 (including cover)  

RE:   Bolling Green New Apartments & Rehab

NOTES:

Mike,

Attached is a quotation for the above referenced project. I have also included instructions for your review to assist in your bidding. **Precast manholes and manhole covers/frames are purchased separately from a local precaster and are not included in the pricing.** If you have any questions please give us a call.

Good luck with your bid!

Donna

*[signature]*

1302 Rising Ridge Road, Unit 1   Mount Airy, MD. 21771  
Phone: (301) 829-6470          (800) BAYSAVER          Fax: (301) 829-3747



# BAYSAVER TECHNOLOGIES, INC.

1302 Rising Ridge Road, Unit 1
Mount Airy, Maryland  21771
301-829-6470   Fax 301-829-3747

## QUOTATION

QUOTED TO:
Mike Whitehead Sr.
C & F Construction Co.
VIA FAX: 301-772-8394
PHONE:  301-772-5500 (x29)

| | |
|---|---|
| QUOTATION DATE | 3/2/2004 |
| GOOD THROUGH | 04/01/04 |
| TERMS | SEE BELOW |

PROJECT: Bolling Green New Apartments & Rehab

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | 5K BAYSAVER SEPARATOR UNIT<br>INCLUDES: FERNCO COUPLERS<br>         HDPE CONNECTING PIPES<br>         48" HDPE REDUCER/ADAPTER<br>         MAR MAC COUPLERS | $ 12,160.00 | $ 12,160.00 |
| 1 | 10K BAYSAVER SEPARATOR UNIT<br>         FERNCO COUPLERS INCLUDED<br>         HDPE CONNECTING PIPES INCLUDED<br>         60" HDPE REDUCER/ADAPTER & COUPLERS<br>         MAR MAC COUPLERS | $ 19,060.00 | $ 19,060.00 |
| | | SUB-TOTAL | $ 31,220.00 |
| | | FREIGHT | $ 200.00 |
| | | QUOTATION TOTAL | $ 31,420.00 |

Customer to unload units from our trucks.
Separator unit prices include Fernco™ couplers and HDPE pipes to the storage manhole.

A two-week ordering lead-time is required.  Expedited orders require an additional 20% charge.
Precast manholes and manhole covers must be ordered separately from a local precaster and are not included in the above prices.
All prices are FOB, Mount Airy, Maryland, plus any applicable sales tax.

SUBMITTED:
BAYSAVER TECHNOLOGIES, INC.
    BY: *Donna Zeiler*                               DATE:  3/2/04
        Donna Zeiler

Terms are COD, or 30 days with approved credit. The undersigned herby acknowledges that this account is due 30 days after invoice.  In the event that the account is not paid in full within 30 days past the invoice date then this account will be deemed to be past due and shall incur a penalty of 1.5% per month for each month, or part thereof, that the account remains outstanding.   In the event that collection or legal action should be necessary to enforce any provision of this agreement then the undersigned agrees to pay all collection fees, court cost, attorney's fees and other fees that may be necessary in the collection of this account. It shall be deemed that this contract was executed in Frederick County Maryland.  If any legal action is necessary with respect to this account it shall be commenced and maintained in Frederick County Maryland.  By execution hereof the undersigned directly or through his signing agent, agrees to the above terms.

ACCEPTED:
    FIRM: _____
      BY: _____         DATE: _____
    TITLE: _____

*THANK YOU FOR YOUR BUSINESS!*

HP Fax 1230

Log for
BaySaver Technologies Inc
3018293747
Mar 02 2004 1:35PM

Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Mar 2 | 1:31PM | Fax Sent | 13017728394 | 3:58 | 12 | OK |

HP Fax 1230

Log for
BaySaver Technologies Inc
3018293747
Mar 02 2004 5:32PM

## Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Mar 2 | 5:31PM | Fax Sent | 14108779554 | 1:36 | 7 | OK |

*Copy to D. Spurgeo[n]*
*3/2/04*



## STRUCTURE 10K-1:

120" LOCALLY APPROVED STORM DRAIN
MANHOLE WITH WATERTIGHT JOINTS
FLOOR AT 66.67
24" PVC INLET PIPE AT 75.34
15" PVC INLET PIPE AT 76.83
36" HDPE AT 74.68
30" FRAME AND COVER AT 83.80

SEE PLAN VIEW BELOW FOR PIPE ORIENTATIONS

## STRUCTURE 10K-2:

120" LOCALLY-APPROVED STORM DRAIN
MANHOLE WITH WATERTIGHT JOINTS.
FLOOR AT 66.67
30" FRAME & COVER AT 83.8
2 x 16.0" OD SMOOTH-WALL HDPE PIPES
    INVERTS AT 70.67
    WATERTIGHT SEALS
    PARALLEL TO EACH OTHER
    31" C/C
SEE PLAN VIEW BELOW




| BaySaver | DESIGNED: | TEP | BOLLING GREEN APARTMENTS |
| --- | --- | --- | --- |
| 1302 RISING RIDGE RD. | DRAWN: | SNW | BAYSAVER 10K SYSTEM |
| MOUNT AIRY, MD 21771 | CHECKED: | ATM | STRUCTURE DETAILS |
| (301) 829-6470 | DATE: | 4/22/04 | |
| | SCALE: | AS SHOWN | |
| | SHEET: | 1 OF 1 | |

## BAYSAVER SYSTEM DIMENSIONS

| | DESCRIPTION | 1/2K SYSTEM | 1K SYSTEM | 3K SYSTEM | 5K SYSTEM | 10K SYST |
|---|---|---|---|---|---|---|
| | **SEPARATOR MANHOLE DIMENSIONS** | | | | | |
| A | PRIMARY MANHOLE DIAMETER | | | | 72" | 120" |
| B | MANHOLE DEPTH BELOW OUTLET | | | | 8' – 0" | 8' – 0" |
| C | MINIMUM FLUID DEPTH | | | | 8' – 6" | 8' – 8' |
| | **STANDARD SEPARATOR UNIT DIMENSIONS** | | | | | |
| D | SEPARATOR UNIT ID | | | | 48" | 60" |
| E | SEPARATOR UNIT LENGTH | | | | 76" | 101.4" |
| F | BYPASS PLATE LENGTH | | | | 44" | 55.6" |
| G | WEIR/BYPASS PLATE THICKNESS | | | | 3/4" | 3/4" |
| H | ELBOW AND CONNECTING PIPE OD | | | | 12.75" | 16.0" |
| I | ELBOW LENGTH | | | | 36" | 29.2" |
| J | WEIR HEIGHT ABOVE INVERT | | | | 6" | 8" |
| K | BYPASS PLATE HEIGHT ABOVE INVERT | | | | 24" | 30" |
| L | WIDTH OF WEIR AT BASE | | | | 6" | 8" |
| M | OUTLET PIPE DIAMETER | | | | 75.86" | 24" |
| N | ELBOW INVERT HEIGHT ABOVE UNIT INVERT | | | | 10" | 14" |
| O | ELBOW PIPE OVERHANG | | | | 18" | 21.2" |
| | **STORAGE MANHOLE DIMENSIONS** | | | | | |
| P | STORAGE MANHOLE DIAMETER | | | | 72" | 120" |
| Q | MANHOLE DEPTH BELOW INLET/OUTLET | | | | 48" | 48" |
| R | FLUID DEPTH | | | | 8' – 0" | 8' – 0" |
| S | TOTAL STORAGE VOLUME | | | | 450 CF | 1256 CF |
| | **SYSTEM DIMENSIONS AND ELEVATIONS** | | | | | |
| T | SEPARATOR MANHOLE COVER ELEVATION | | | | 81' | 83.8' |
| U | STORAGE MANHOLE COVER ELEVATION | | | | 81' | 83.8' |
| V | SEPARATOR MANHOLE FLOOR ELEVATION | | | | 67.86' | 66.67' |
| W | STORAGE MANHOLE FLOOR ELEVATION | | | | 67.86' | 66.67' |
| X | INLET PIPE ID AND MATERIAL | | | | 15" PVC | 24" PVC |
| Y | INLET PIPE INVERT | | | | 76.36' | 75.34' |
| Z | SEPARATOR UNIT INVERT | | | | 75.86' | 74.68' |
| AA | OUTLET PIPE ID AND MATERIAL | | | | 15" PVC | 24" RCP |
| AB | CONNECTING PIPE INVERT ELEVATION | | | | 71.86' | 70.67' |
| AC | CONNECTION PIPE SPACING | | | | 24" | 31.2" |
| AD | STORAGE MANHOLE SIDE OFFSET | | | | 72 ± 6" | 72 ± 6" |
| AE | STORAGE MANHOLE DOWNSTREAM OFFSET | | | | 24" | 35" |
| AF | BAYSAVER SEPARATOR UNIT ORIENTATION (PLEASE SPECIFY RIGHT OR LEFT) | (diagram) | (diagram) | (diagram) | ®(diagram) | (diagram) |
| AG | PIPE ANGLE INTO PRIMARY MANHOLE (RELATIVE TO OUTFALL) | | | | 0° | 0° |



**BAYSAVER TECHNOLOGIES, INC.**
1302 Rising Ridge Road, Unit 1
Mount Airy, Maryland 21771
301-829-6470   Fax 301-829-3747

## INVOICE

| SOLD TO: | C & F Construction Company<br>711 A Edgewood Street, NE<br>Washington, DC. 20017 | INVOICE NUMBER<br>INVOICE DATE<br>INVOICE DUE<br>TERMS | 2004181<br>05/27/04<br>06/26/04<br>NET 30 |
|---|---|---|---|
| SHIPPED TO: | Job Site: Bolling Green New Apts & Rehab<br>4th Street & Wilmington Place SE<br>Washington, DC. | SHIPPED VIA<br>F.O.B. | BAYSAVER<br>MOUNT AIRY |

PROJECT: Bolling Green New Apts & Rehab

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | 10K BAYSAVER SEPARATOR UNIT<br>INCLUDES:<br>  FERNCO COUPLERS<br>  HDPE CONNECTING PIPES<br>  60" x 24" REDUCER/ADAPTER<br>  MAR MAC COUPLERS<br>  TENSION TOOL | $ 19,060.00 | $ 19,060.00 |
| | SUBTOTAL | | $ 19,060.00 |
| | FREIGHT/HDLG | | $ 200.00 |
| | PAY THIS AMOUNT | | $ 19,260.00 |

**MAKE ALL CHECKS PAYABLE TO:**
BaySaver Technologies, Inc.
1302 Rising Ridge Road, Unit 1
Mount Airy, MD 21771

Past due accounts will be charged interest at 1.5% per month (18% per year).

Questions concerning this invoice?
    Call: 301-829-6470

*THANK YOU FOR YOUR BUSINESS!*

EXHIBIT C



**BAYSAVER TECHNOLOGIES, INC.**
1302 Rising Ridge Road, Unit 1
Mount Airy, Maryland 21771
301-829-6470  Fax 301-829-3747

## INVOICE

| SOLD TO: | C & F Construction Company<br>711 A Edgewood Street, NE<br>Washington, DC. 20017 | INVOICE NUMBER<br>INVOICE DATE<br>INVOICE DUE<br>TERMS | 2004222<br>07/23/04<br>08/22/04<br>NET 30 |
|---|---|---|---|
| SHIPPED TO: | Job Site: Bolling Green New Apts & Rehab<br>4th Street & Wilmington Place SE<br>Washington, DC. | SHIPPED VIA<br>F.O.B. | BAYSAVER<br>MOUNT AIRY |

PROJECT: Bolling Green New Apts & Rehab

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | 5K RIGHT BAYSAVER SEPARATOR FLANGE UNIT<br>INCLUDES:<br>    FERNCO COUPLERS<br>    HDPE CONNECTING PIPES<br>    48" x 15" REDUCER/ADAPTER<br>    MAR MAC COUPLERS<br>    TENSION TOOL<br>    INSTALLATION INSTRUCTIONS | $ 12,160.00 | $ 12,160.00 |
| | | SUBTOTAL | $ 12,160.00 |
| | | FREIGHT/HDLG | $ 200.00 |
| | | | $ 12,360.00 |
| | | | PAY THIS AMOUNT |

**MAKE ALL CHECKS PAYABLE TO:**
    BaySaver Technologies, Inc.
    1302 Rising Ridge Road, Unit 1
    Mount Airy, MD 21771

Past due accounts will be charged interest at 1.5% per month (18% per year).

Questions concerning this invoice?
    Call: 301-829-6470

*THANK YOU FOR YOUR BUSINESS!*



1302 Rising Ridge Road,
Unit I
Mount Airy, Maryland
21771 toll free:
1.800.229.7283
www.baysaver.com

August 27, 2004

Mr. Don Tucker
AHD, Inc.
2 Bethesda Metro Center, Suite 707
Bethesda, MD. 20814

CERTFIED MAIL # 70020860000420044333

RE: Bolling Green New Apartments & Rehab

Dear Mr. Tucker,

You are hereby notified as Owner of property being improved as referenced above that the undersigned makes a claim for the debt incurred by C & F Construction Company, General Contractor, the unpaid balance of $32,486.70 as a result of the undersigned having furnished BaySaver Separators Units to C & F Construction Company, Subcontractor for General Contractor ( Hamel General Contractors) on May 27th and July 23rd, 2004.

You are hereby notified as Owner of this property that if this bill remains unpaid, you may be personally liable and the project subject to a lien unless you withhold payment from Hamel General Contractors for payment of this bill, or this bill is otherwise settled.

Demand for payment is hereby made on you as Owner of the property at the above referenced location for the accompanying past account. Please reference the enclosed statement of account.

Sincerely,

Kenneth Barksdale
CEO

cc:   Mr. Mike Nemo
      Hamel General Contractors

EXHIBIT D

**BAYSAVER TECHNOLOGIES, INC.**

1302 Rising Ridge Road,
Unit 1
Mount Airy, Maryland
21771 toll free:
1.800.229.7283
www.baysaver.com

CERTIFIED MAIL# 70020860000420044456

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF FINANCE AND REVENUE
515 D STREET, N.W.
WASHINGTON, D.C. 20001

RECORDER OF DEEDS
(202) 727-5374
Fax: (202) 727-9629

### NOTICE OF MECHANIC'S LIEN

Filed and Recorded

BaySaver Technologies, Inc.
　　[Claimant]

1302 Rising Ridge Road, Unit 1, Mount Airy, MD. 21771

vs.

C & F Construction Company
[Vendee]
711 A Edgewood Street, NE, Washington, DC. 20017
　　[Address]

AHD, Inc.
[Owner]
2 Bethesda Metro Center, Suite 707 Bethesda, MD. 20814
　　[Address]

　　ON THIS 27th day of August, 2004, Notice is hereby given that Claimant indicated above intends to hold a Mechanic's Lien against the interest of the current owner of record of property located at **Bolling Green New Apartments & Rehab 4th Street & Wilmington Place, SE**

situated in the District of Columbia, for the sum of $32,486.70 dollars (including interest). Said sum of $32,486.70 was due for materials (BaySaver Separator System) delivered on the 27th day of May, 2004 pursuant to a contract by and between BaySaver Technologies, Inc. (party of the first part) and C & F Construction Company (party of the second part) for materials furnished for the construction of said building or on said premises.

I, Kenneth Barksdale, hereby affirm under Claimant or his designated agent) penalty of law, that the above statements and representations are correct and true to the best of my information, knowledge and belief.

*[signature]*

Signature of Claimant
(or his designated agent)

1302 Rising Ridge Rd., Unit 1
Mount Airy, Maryland  21771
Address

(301) 829-6470

Phone Number

      I hereby certify that on August 27, 2004 a copy of this notice was served on the present owner or the agent of the present owner of the above described property by certified mail return receipt requested.  I further certify that this notice is being filed during the construction or within ninety 90 days after the completion of such building, improvement, repairs, addition, or the placing of anything so as to become a fixture thereof pursuant to Title 40-301.02 of the D.C. Code.  I further certify that I understand that I must commence suit to enforce this lien within 180 days from the date of filing.

Date: 8/27/04

Signature: *[signature]*

I, ARTHUR S. WALSH, a Notary Public in and for the COUNTY OF CARROLL, State of MARYLAND, do hereby certify that KENNETH BARKSDALE party to this Mechanic's Lien bearing date on the 27 day of AUGUST, 2004 personally appeared before me and executed the said Mechanic's Lien and acknowledged the same to be his/her/their act and deed. Given under my hand and seal this 27 day of AUGUST, 2004.
[Notarial Seal]

*[Notary seal: ARTHUR S. WALSH NOTARY PUBLIC]*

ARTHUR S. WALSH
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires September 25, 2007

Page 2

## SWORN STATEMENT OF ACCOUNT

Donna Zeiler, duly authorized representative of BaySaver Technologies, Inc., makes oath and says that the annexed is a true and correct account of material to wit: 10K BaySaver Separator Unit and a 5K BaySaver Separator Units furnished and delivered to C & F Construction Company, on May 27, 2004 and July 23, 2004, and that the prices as set forth in said account hereto annexed are just and reasonable, and after allowing all just and lawful offsets, payments and credits known to the affiant, the balance of $ 32,486.70 is unpaid, also that said materials were furnished to C & F Construction Company on the Bolling Green New Apartments and Rehab project.

BY: _____
Kenneth P. Barksdale
TITLE: Chief Executive Officer

STATE OF MARYLAND
COUNTY OF FREDERICK

BEFORE ME, the undersigned authority, on this day personally appeared Donna Zeiler, to me known to be the person whose name is subscribed above, and who states that she is the agent of BaySaver Technologies, Inc., and that as such he is authorized to execute the forgoing affidavit as the act and deed of such corporation, and who acknowledged the forgoing to be the act and deed of such corporation, and that she signed it in the capacity stated who swore that the facts stated therein are true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME, THIS 27th DAY OF AUGUST 2004.

_____
Arthur S. Walsh, Notary Public in and for the
State of Maryland

STATEMENT OF ACCOUNT OF:   C & F CONSTRUCTION COMPANY
711 A EDGEWOOD STREET, NE
WASHINGTON, DC. 20017

RE: BOLLING GREEN NEW APARTMENTS & REHAB

| INVOICE DATE | INVOICE # | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 5/27/03 | 2004181 | 10K BaySaver Separator Unit | $19,260.00 |
|  |  | INTEREST | $ 866.70 |
| 7/23/04 | 2004222 | 5K BaySaver Separator Unit | $12,360.00 |
|  |  | TOTAL: | $32,486.70 |



**BAYSAVER TECHNOLOGIES, INC.**
1302 Rising Ridge Road, Unit 1
Mount Airy, Maryland 21771
301-829-6470    Fax 301-829-3747

# INVOICE

| | | | |
|---|---|---|---|
| SOLD TO: | C & F Construction Company<br>711 A Edgewood Street, NE<br>Washington, DC. 20017 | INVOICE NUMBER<br>INVOICE DATE<br>INVOICE DUE<br>TERMS | 2004222<br>07/23/04<br>08/22/04<br>NET 30 |
| SHIPPED TO: | Job Site: Bolling Green New Apts & Rehab<br>4th Street & Wilmington Place SE<br>Washington, DC. | SHIPPED VIA<br>F.O.B. | BAYSAVER<br>MOUNT AIRY |

PROJECT: Bolling Green New Apts & Rehab

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | 5K RIGHT BAYSAVER SEPARATOR FLANGE UNIT<br>INCLUDES:<br>　　FERNCO COUPLERS<br>　　HDPE CONNECTING PIPES<br>　　48" x 15" REDUCER/ADAPTER<br>　　MAR MAC COUPLERS<br>　　TENSION TOOL<br>　　INSTALLATION INSTRUCTIONS | $ 12,160.00 | $ 12,160.00 |
| | | SUBTOTAL | $ 12,160.00 |
| | | FREIGHT/HDLG | $ 200.00 |
| | | | $ 12,360.00 |
| | | | PAY THIS AMOUNT |

MAKE ALL CHECKS PAYABLE TO:
　BaySaver Technologies, Inc.
　1302 Rising Ridge Road, Unit 1
　Mount Airy, MD 21771

Past due accounts will be charged interest at 1.5% per month (18% per year).

Questions concerning this invoice?
　Call: 301-829-6470

*THANK YOU FOR YOUR BUSINESS!*



**BAYSAVER TECHNOLOGIES, INC.**
1302 Rising Ridge Road, Unit 1
Mount Airy, Maryland 21771
301-829-6470   Fax 301-829-3747

# INVOICE

| | | | |
|---|---|---|---|
| SOLD TO: | C & F Construction Company<br>711 A Edgewood Street, NE<br>Washington, DC. 20017 | INVOICE NUMBER<br>INVOICE DATE<br>INVOICE DUE<br>TERMS | 2004181<br>05/27/04<br>06/26/04<br>NET 30 |
| SHIPPED TO: | Job Site: Bolling Green New Apts & Rehab<br>4th Street & Wilmington Place SE<br>Washington, DC. | SHIPPED VIA<br>F.O.B. | BAYSAVER<br>MOUNT AIRY |

PROJECT: Bolling Green New Apts & Rehab

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | 10K BAYSAVER SEPARATOR UNIT<br>INCLUDES:<br>    FERNCO COUPLERS<br>    HDPE CONNECTING PIPES<br>    60" x 24" REDUCER/ADAPTER<br>    MAR MAC COUPLERS<br>    TENSION TOOL | $ 19,060.00 | $ 19,060.00 |
| | | SUBTOTAL | $ 19,060.00 |
| | | FREIGHT/HDLG | $ 200.00 |
| | | PAY THIS AMOUNT | $ 19,260.00 |

MAKE ALL CHECKS PAYABLE TO:
   BaySaver Technologies, Inc
   1302 Rising Ridge Road, Unit 1
   Mount Airy, MD 21771

Past due accounts will be charged interest at 1.5% per month (18% per year).

Questions concerning this invoice?
   Call: 301-829-6470

*THANK YOU FOR YOUR BUSINESS!*



# BAYSAVER Technologies, Inc.

Please deliver the following FAX to:

NAME: Mike Nemo

COMPANY: Hamel General Contractors

FAX NUMBER: 410-379-6705   PHONE NUMBER: _____

FROM: Donna Zeiler

DATE: 8-26-04   NUMBER OF PAGES: 1
(including cover page)

NOTES:

Mike:
Please forward today ASAP a copy of the bond for Bowling Green New Apts. and Rehab.
Thanks.

BAYSAVER Technologies, Inc.
1302 Rising Ridge Road, Unit 1, Mount Airy, Maryland 21771

1-800-BAYSAVER   FAX: 301-829-3747   www.baysaver.com

| HP Fax 1230 | | | | | Log for<br>BaySaver Technologies Inc<br>3018293747<br>Aug 26 2004 9:20AM | | |
|---|---|---|---|---|---|---|---|
| **Last Transaction** | | | | | | | |
| Date | Time | Type | Identification | | Duration | Pages | Result |
| Aug 26 | 9:19AM | Fax Sent | 14103796705 | | 0:31 | 1 | OK |