**IN THE UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA f/u/b/o** ) | |
| ) | |
| **BAYSAVER TECHNOLOGIES, INC.** ) | |
| ) | |
| **Claimant** ) | |
| ) | |
| **v.** ) | **Civil Action No. 1:05 CV 01354** |
| ) | |
| **HAMEL BUILDERS, INC. et al.** ) | |
| ) | |
| **Defendants.** ) | |

## <u>NOTICE OF APPEARANCE</u>

The Clerk will please enter this Notice of Appearance of Leigh Ann Carr of

Klimek, Kolodney & Casale, P.C., on behalf of Defendant Anchor Construction

Corporation in the above-captioned action.

_____/s/_____

Leigh Ann Carr, Bar No. 15735
KLIMEK, KOLODNEY & CASALE, P.C.
1155 15th Street, N.W., Suite 606
Washington, D.C. 20005
(202) 785-0491
(202) 659-9852 – facsimile
E-mail: lcarr@kkcnet.com

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that a true and correct copy of the foregoing Answer to

Plaintiff's Complaint was served electronically and by first-class mail, postage prepaid,

this 23rd day of September 2005, to:

Howard S. Stevens, Esquire
Wright, Constable & Skeen, LLP
One Charles Center, 16th Floor
100 North Charles St.
Baltimore, Maryland 21201
*Counsel for Plaintiff*

Hamel Builders, Inc.
6586 Meadowridge Road
Elkridge, Maryland 21075
*Defendant*

St. Paul Fire and Marine Insurance Company
385 Washington Street
St. Paul, Minnesota 55102
*Defendant*

_____/s/_____
Leigh A. Carr

2