IN THE UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>f/u/b/o<br><br>BAYSAVER TECHNOLOGIES, INC.<br><br>Claimant<br><br>v.<br><br>HAMEL BUILDERS, INC. et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:05 CV 01354<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT ANCHOR CONSTRUCTION'S ANSWER AND COUNTERCLAIM**

COMES NOW, Defendant Anchor Construction Corporation, by counsel, and for its Answer and Affirmative Defenses to the Complaint filed by Plaintiff BaySaver Technologies, Inc. states as follows:

**ANSWER**

In responding to the corresponding numbered paragraphs of the Complaint, Anchor states as follows:

1.  Anchor is without sufficient knowledge or information to form a belief as to the truth of the statement in paragraph 1 and therefore denies the same, leaving BaySaver to its proof.

2.  Anchor is without sufficient knowledge or information to form a belief as to the truth of the statement in paragraph 2 and therefore denies the same, leaving BaySaver to its proof.

3. Anchor is without sufficient knowledge or information to form a belief as to the truth of the statement in paragraph 3 and therefore denies the same, leaving BaySaver to its proof.

4. Anchor is without sufficient knowledge or information to form a belief as to the truth of the statement in paragraph 4 and therefore denies the same, leaving BaySaver to its proof.

5. Admitted. Anchor is a District of Columbia corporation.

6. Admitted.

7. Anchor is without sufficient knowledge or information to form a belief as to the truth of the statement in paragraph 7 and therefore denies the same, leaving BaySaver to its proof.

8. Anchor incorporates its answers to the facts and allegations in the preceding paragraphs. To the extent an answer is required, it is denied.

9. The allegations of paragraph 9 do not pertain to Anchor, and Anchor is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the same, leaving BaySaver to its proof.

10. The allegations of paragraph 10 do not pertain to Anchor, and Anchor is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the same, leaving BaySaver to its proof.

11. Admitted.

12. In answering the allegations of paragraph 12, Anchor respectfully refers the Court to Exhibit B of BaySaver's Complaint, which is true copy of the quotation.

13. Anchor is without sufficient knowledge or information to form a belief as to the truth of the statement in paragraph 13 and therefore denies the same, leaving BaySaver to its proof.

14. Anchor admits that BaySaver demanded payment, but denies that such amount is or was due and owing. As to the remainder of allegations of paragraph 14, Anchor states it is without sufficient knowledge or information to form a belief as to the truth of the statements in paragraph 14 as they apply to parties other than Anchor and therefore denies the same, leaving BaySaver to its proof. Anchor admits that Exhibit C is a fair representation of the Invoice submitted by BaySaver.

15. The allegations of paragraph 15 do not pertain to Anchor, and Anchor is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the same, leaving BaySaver to its proof.

16. Anchor incorporates its answers to the facts and allegations in the preceding paragraphs. To the extent an answer is required, it is denied.

17. The allegations of paragraph 17 do not pertain to Anchor, and Anchor is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the same, leaving BaySaver to its proof.

18. The allegations of paragraph 18 do not pertain to Anchor, and Anchor is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the same, leaving BaySaver to its proof.

19. Anchor denies that it owes BaySaver $12,300 and states that the remaining allegations of paragraph 19 do not pertain to Anchor, and Anchor is without sufficient

knowledge or information to form a belief as to the truth of the allegations and therefore denies the same, leaving BaySaver to its proof.

20. Admitted.

21. Paragraph 21 is a conclusion of law to which no response is required. To the extent an answer is required, it is denied.

22. Anchor is without sufficient knowledge or information to form a belief as to the statements in Paragraph 22 and therefore denies the same, leaving BaySaver to its proof.

23. Anchor incorporates its answers to the facts and allegations in the preceding paragraphs. To the extent an answer is required, it is denied.

24. Paragraph 24 contains a conclusion of law to which no answer is required. To the extent an answer is required, Anchor admits that BaySaver supplied materials.

25. Anchor admits that the goods were received, but denies it had the opportunity to inspect or determine whether or not the goods conformed to the requirements of the Project.

26. Denied.

27. Anchor avers that the goods were not and could not be modified. Anchor admits that it did not pay BaySaver, but denies that such full payment is due.

28. Denied.

29. Denied.

30. Any and all remaining allegations contained in the Complaint not expressly admitted or denied are denied.

## AFFIRMATIVE DEFENSES

## FIRST DEFENSE

The Complaint fails to state a cause of action for which relief may be granted.

## SECOND DEFENSE

BaySaver has failed to comply with the conditions precedent to maintain the instant action.

## THIRD DEFENSE

The Complaint is barred by the affirmative defense of estoppel.

## FOURTH DEFENSE

The Complaint is barred by the affirmative defense of laches.

## FIFTH DEFENSE

The Complaint is barred by any other matter constituting an avoidance or affirmative defense.

WHEREFORE, having responded to the Complaint, Defendant Anchor Construction Corporation respectfully requests that the Complaint be dismissed with prejudice and that it be awarded reasonable attorneys fees and costs, and such other and further relief as this court deems just and proper.

## COUNTERCLAIM

COMES NOW, Counter-Plaintiff Anchor Construction Corporation, by counsel, and for its Counterclaim against Counter-Defendant BaySaver Technologies, Inc. states as follows:

1. Anchor is a contractor specializing in heavy construction including utilities; water, storm, sewer and conduits; and road construction. It is organized under the laws of the District of Columbia.

2. Upon information and belief, BaySaver is a contractor specializing in stormwater treatment systems and is organized to do business under the laws of Maryland.

3. Jurisdiction is proper as it arises from the same transactions or occurrences of BaySaver's Complaint.

4. The parties entered into a material purchase agreement in early 2004 whereby BaySaver was to provide stormwater treatment structures ("Structure(s)") at a project known as Bowling Green Apartments located in Washington, D.C. ("the Project").

5. Under the agreement, BaySaver was required to provide the Structures' specifications to Atlantic Concrete, Inc., so that Atlantic could manufacture vaults to accommodate the Structures. A copy of the specification sheet is attached as Exhibit A.

6. One Structure is described as a 10K system with an invert of 36" HPDE. As such, Atlantic fabricated the vault according to spec and provided a 48" hole to accommodate a 36" invert. A copy of Atlantic's order sheet is attached as Exhibit B.

7. However, 10K systems have a 60" invert. BaySaver's specs were incorrect.

8. In June 2004, Anchor attempted to set the 10K system, but it was immediately apparent that the 60" Structure would not fit into the 48" hole.

9. The hole could not be enlarged because doing so would cut into the vault's joints, resulting in it being against the District of Columbia Water and Sewer Authority's ("WASA") standards. It would also make it likely that the WASA inspector would reject the work. As such, a new vault had to be fabricated by Atlantic.

10. The fabrication of the new vault took approximately two weeks, during which time Anchor incurred damages of $11,397.46 for idle machinery and shoring costs.

11. Anchor advised BaySaver of the backcharges in a September 18, 2004 letter, a copy of which is attached as Exhibit C.

## COUNT I – BREACH OF CONTRACT

12. Anchor incorporates the preceding paragraphs as though fully set forth.

13. Under its Agreement with Anchor, BaySaver was obligated to provide accurate specifications for the vault fabrication.

14. BaySaver materially breached the Agreement when it provided inaccurate Structure information on the spec sheet which led to the non-conforming vault.

15. The breach directly and proximately caused Anchor to incur damages of $11,397.46 in idle machinery and shoring costs while it had to wait for the new conforming vault to be delivered

WHEREFORE, Anchor Construction Corporation respectfully requests that this Court enter judgment in its favor of an amount not less than $11,397.46 plus pre-judgment and post-judgment interest, attorneys' fees and costs against BaySaver Technologies, Inc. and grant such further and other relief as deemed proper and just.

Respectfully submitted,

ANCHOR CONSTRUCTION CORPORATION
By Counsel:

_____
Leigh Ann Carr, Bar No. 484741
KLIMEK, KOLODNEY & CASALE, P.C.
1155 15th Street, N.W., Suite 606
Washington, D.C. 20005
(202) 785-0491
(202) 659-9852 – facsimile
E-mail: lcarr@kkcnet.com

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that a true and correct copy of the foregoing Answer to Plaintiff's Complaint was served electronically and by first-class mail, postage prepaid, this 23rd day of September 2005, to:

Howard S. Stevens, Esquire
Wright, Constable & Skeen, LLP
One Charles Center, 16th Floor
100 North Charles St.
Baltimore, Maryland 21201
*Counsel for Plaintiff*

Hamel Builders, Inc.
6586 Meadowridge Road
Elkridge, Maryland 21075
*Defendant*

St. Paul Fire and Marine Insurance Company
385 Washington Street
St. Paul, Minnesota 55102
*Defendant*

Leigh A. Carr



→ 36" SHOULD HAVE BEEN 60"

I.D = 60"
O.D = 70"
BENT

## STRUCTURE 10K-1:

120" LOCALLY APPROVED STORM DRAIN MANHOLE WITH WATERTIGHT JOINTS
FLOOR AT 66.67
24" PVC INLET PIPE AT 75.34  74.93 plans
15" PVC INLET PIPE AT 76.83  ok
36" HDPE AT 74.68  ok
30" FRAME AND COVER AT 83.80  ok

SEE PLAN VIEW BELOW FOR PIPE ORIENTATIONS

## STRUCTURE 10K-2:

120" LOCALLY-APPROVED STORM DRAIN MANHOLE WITH WATERTIGHT JOINTS.
FLOOR AT 66.67
30" FRAME & COVER AT 83.8
2 x 16.0" OD SMOOTH-WALL HDPE PIPES
     INVERTS AT 70.67
     WATERTIGHT SEALS
     PARALLEL TO EACH OTHER
     31" C/C
SEE PLAN VIEW BELOW





**BAYSAVER**
1302 RISING RIDGE RD.
MOUNT AIRY, MD 21771
(301) 829-6470

| DESIGNED: | TEP |
| --- | --- |
| DRAWN: | SNW |
| CHECKED: | ATM |
| DATE: | 4/22/04 |
| SCALE: | AS SHOWN |
| SHEET: | 1 OF 1 |

BOLLING GREEN APARTMENTS
BAYSAVER 10K SYSTEM
STRUCTURE DETAILS


EXHIBIT A

**Atlantic Concrete Products Corp.**
Box 305
Cockeysville, MD 21030

RECEIVED 4/23/04

CONTRACT NO. _____

JOINT: O-Ring
STEPS: PVC
PIPE: PVC/HDPE

CONTRACTOR: Constr. Supply/sew. / C&F Construction
DELIVERY POINT: Bolling Green Apartments

ORDER SUBJECT TO APPROVAL AT CORPORATE HEADQUARTERS

30" Opening

| MANHOLE NUMBER | PIPE OPENING | NOTES | FOOTAGE TOP — INVERT | ADJUSTED LAYING, HOT | FOOTAGE SHIPPED | INCREMENTS | DATE MADE | DATE SHIPPED |
|---|---|---|---|---|---|---|---|---|
| GM-10K-1 | 24" PVC, 15" PVC, 10'2" PVC floor, 10'2" | up 18'8" from Floor, Floor → | 83.80 / 66.67 / 17.13' | 120"⌀ Baysewer 10K *watertight joints | 14" thick → 15'9+ 16.9'' 12" thick | 120"x30" 120"R-3'-5/10 120"R-7'-5/6 120"B-5'9" | 5/18 5/10 5/6 5/4 | 5/27/04 5/27/04 5/27/04 5/27/04 |
| M-10K-2 | 36" Corrugated HDPE | up 8'0" from Floor | | | | | | |
| | 31" c/c, 16" outside dia. smooth wall HDPE | up 4'0" from Floor, Floor → | 83.80 / 66.67 / 17.13 | 120"⌀ Baysewer 10K *watertight Joints/seals | 14" thick → 15'9+ 12" thick | 120"x30" 120"R-4'-5/14 120"R-5'-5/13 120"B-6'9" | 5/21 5/14 5/13 5/11 | 5/27/04 5/27/04 5/27/04 5/27/04 |

HOLE MADE FOR 36" (48" OPENING)

THESE TAKEOFFS ARE PER PLANS

EXHIBIT B

# C&F CONSTRUCTION COMPANY

711-A Edgewood Street, N.E.
Washington, D.C. 20017

9/18/04

"J"
J1

Baysaver Technologies, Inc
1302 Rising Ridge Road, Unit 1
Mount Airy, Maryland 21771

REFERENCE: Bowling Green- Hamel Builders
SUBJECT: 10k Baysaver Back charge

Dear Ms. Zeiler:

Please find attached our back charge in the amount of $11,397.46 for the 10K Baysaver installed by C&F on the above referenced contract in Washington, DC.

As confirmed by the attached backup, we incurred the expense in machines and shoring sitting idle over at least two week period. Additionally, we spent considerable time and effort altering the holes and doing brick work. The costs as documented are on the conservative side.

We do numerous contracts in the City, and do not want this to jeopardize future relations with your Company, as we are certain (we have seen) many contracts that have your product included. Atlantic Precast's expenses incurred against your Company for added trucking, labor to alter holes, and material costs are not included within. Any claims made by them, are solely their responsibility.

Sincerely,
William J. Custead
C&F Construction Co.

*(signature)* COPY
General Manager

CC: Hamel Builders: Mike Nemo

wp/wpdocs/Hamel/BowlingGrn-08
att()

EXHIBIT C

Washington D.C. Area
Phone (202) 269-6694
Fax (202) 529-3144

www.cfconst.com
cfconstr@erols.com

Landover/Yard Location
Phone (301) 772-5500
Fax (301) 772-6500





C & F CONSTRUCTION COMPANY
711-A EDGEWOOD STREET, NE
WASHINGTON, DC 20017

"J2"

BOWLING GREEN APARTMENTS_02.03.003065
GC: Hamel Builders, Inc.
GC: C&F Construction Company
Date: 07.29.04

**BACKCHARGE**
**TICKET WORK**

Install 10K Baysaver/Pour Atlantic Cone, Slab under the Unit 11"X6'x12" Parge Hole Around the Unit Baysaver. [1/2 day Wasted]

**Equipment**

| | Quantity | Hours | Unit | Cost | Total | 50% Back Charge |
|---|---|---|---|---|---|---|
| Pickup Truck | 1 | 11.00 | hr | $ 6.00 | $ 66.00 | |
| Service Truck | 1 | 11.50 | hr | $ 8.50 | $ 97.75 | |
| Excavator Cat 325 | | | hr | $ 55.00 | $ - | |
| Ramex | | | hr | $ 6.00 | $ - | |
| Small Tools_Concrete Saw | 1 | 4.00 | hr | $ 5.00 | $ 20.00 | |
| Trench Roller | | | hr | $ 7.00 | $ - | |
| Rubber Tire Loader | 1 | 2.50 | hr | $ 30.00 | $ 75.00 | |
| Trench Box | 1 | 8.00 | hr | $ 4.50 | $ 36.00 | |
| Tamper-Jumping Jack | | | hr | $ 5.00 | $ - | |
| 10 wheel Dump Truck w/ Driver | | | hr | $ 56.00 | $ - | |
| Water Pump_2" | 1 | 8.00 | hr | $ 5.00 | $ 80.00 | |
| Total_Equipment | | | | | $ 374.75 | $ 187.38 |

**Labor**

| | Quantity | Hour | O/T | Cost | Burden | Total |
|---|---|---|---|---|---|---|
| Foreman | 1.00 | 11.00 | 0 | $ 36.00 | 1.30 | $ 514.80 |
| Pipe Layer | | | 0 | $ 18.00 | 1.30 | |
| Labor Unskilled | 3.00 | 32.50 | 0 | $ 15.50 | 1.30 | $ 654.88 |
| Operator (w/ Union Dues) | | | 0 | $ 26.00 | 1.30 | |
| Total_Labor | | | | | $ 1,169.68 | $ 584.84 |

**Materials**

| | Quantity | Unit | Price | Cost | |
|---|---|---|---|---|---|
| Bricks | 200.00 | EA | $ 0.35 | $ 70.00 | |
| Dutacrete | 15.00 | Bags | $ 7.50 | $ 112.50 | |
| Total_Materials | | | | $ 182.50 | $ 91.25 |

| | | |
|---|---|---|
| Sub Total | $ 1,726.93 | |
| 18% Overhead | $ 310.85 | $ 155.43 |
| 5% Profit | $ 101.89 | $ 50.95 |
| Total | $ 2,139.67 | $ 1,069.85 |

**C & F CONSTRUCTION COMPANY**
711-A EDGEWOOD STREET, NE
WASHINGTON, DC 20017

J3

SC: BOWLING GREEN APARTMENTS_02.03.003065
GC: Hamel Builders, Inc.
GC: C&F Construction Company
Date: 07.20.04

## BACKCHARGE
## TICKET WORK

Remove 3' Raiser and Install a 21" on Primary Manhole. (1/2 day Wasted)
Install Secondary Manhole/Install 7' Base 5' Raiser and 3' Raiser from Primary Manhole due to Wrong Size Holes.

### Equipment

| | Quantity | Hours | Unit | Cost | Total | 50% Back Charge |
|---|---|---|---|---|---|---|
| Pickup Truck | 1 | 9.00 | hr | $ 6.00 | $ 54.00 | $ 27.00 |
| Service Truck | 1 | 9.00 | hr | $ 8.50 | $ 76.50 | $ 38.25 |
| Excavator Cat 325_FULL COST | 2 | | Weeks | $ 1,500.00 | $ 3,000.00 | $ 3,000.00 |
| Ramex | | | hr | $ 6.00 | $ - | |
| Small Tools | | | hr | $ 5.00 | $ - | |
| Rubber Tire Loader | | | hr | $ 30.00 | $ - | |
| Trench Box | 1 | 8.00 | hr | $ 4.50 | $ 36.00 | $ 18.00 |
| Tamper-Jumping Jack | | | hr | $ 5.00 | $ - | |
| 10 wheel Dump Truck w/ Driver | | | hr | $ 56.00 | $ - | |
| Water Pump_2" | 1 | 8.00 | hr | $ 5.00 | $ 40.00 | $ 20.00 |
| Other_Crane Service Co., Inc. | 1 | 9.00 | hr | $ 4,587.59 | $ 4,587.59 | $ 2,293.80 |
| Total_Equipment | | | | | $ 7,794.09 | $ 5,397.05 |

### Labor

| | Quantity | Hour | O/T | Cost | Burden | Total | |
|---|---|---|---|---|---|---|---|
| Foreman | 1.00 | 9.00 | 0 | $ 36.00 | 1.30 | $ 421.20 | $ 210.60 |
| Pipe Layer | | | 0 | $ 18.00 | 1.30 | $ - | $ - |
| Labor Unskilled | 2.00 | 17.00 | 0 | $ 15.50 | 1.30 | $ 342.55 | $ 171.28 |
| Operator (w/ Union Dues) | 1.00 | 8.00 | 0 | $ 26.00 | 1.30 | $ 270.40 | $ 135.20 |
| Total_Labor | | | | | | $ 1,034.15 | $ 517.08 |

### Materials

| | Quantity | Unit | Price | Cost | |
|---|---|---|---|---|---|
| Other | 1 | EA | $ | | |
| Full Shoring Costs_07.06.04-07.20.04 | 2 | Weeks | $ 1,500.00 | $ 3,000.00 | $ 3,000.00 |

| | | |
|---|---|---|
| Sub Total | $ 11,828.24 | $ 8,914.13 |
| 18% Overhead | $ 2,129.08 | $ 1,064.54 |
| 5% Profit | $ 697.87 | $ 348.94 |
| Total | $ 14,655.19 | $ 10,327.61 |

M:\ACCRECV\INVOICES\HAMEL BUILDERS, INC.\Bowling Green Apartments\Baysaver Technologies, Inc._Backcharge.xls\T.M._07.20.04_

**C & F CONSTRUCTION COMPANY**
**DAILY REPORT & TIMESHEET**

PM - DA
Revenue Type: ___ Unit Price ___ T&M ___ Lump Sum ✓
Project Manager Signature: [signature]

DATE: 7/29/04   M - T - W - (TH) - F - S

JOB NUMBER: 0203-006535
Timberline #: ___

JOB NAME: Bowlling Green Apts
JOB LOCATION: 4Th ST to Wilmington Ave S.E.
COMMENTS: ___

State Where Job is Located: DC / MD / VA
WEATHER CONDITIONS: [✓] Sunny [ ] Rain [ ] Cloudy [ ] Windy
Other: Storm   Temp: 805

Problems / Notes / Conditions - See Back: "J4"  Turned in 7-29-04

| | | WORK COST CODE | | | |
|---|---|---|---|---|---|
| | Conc 02.520 | Sewer 02.600 | Water 02.610 | 02.720 | Other |
| | Hrs | Hrs | Hrs | Hrs | Hrs |

SIGNATURES

| UNIT# | FOREMAN | Pkup Tk | START 6:00 | STOP 5:00 | HRS 11 |
|---|---|---|---|---|---|
| U15 | JOAO PEREIRA | 107 A | [AM] [PM] | [AM] [PM] | |

| EMPL# | EMPLOYEE NAME | CLASS | START | STOP | TOTAL HRS |
|---|---|---|---|---|---|
| 1973 | REGINALD BOLTON | OPER | 7:00AM | 6:00PM | 10.5 |
| | | DRVR | 7:00AM | 11:00PM | 3 |
| 1155 | CARLOS J. GONZALEZ | LA | 7:00AM | 6:00PM | 10.5 |
| 2322 | MARVIN ERAZO | LA | 7:00AM | 6:00PM | 10.5 |
| 1122 | JOSE A SALVADOR | LA | 6:30AM | 6:30PM | 11.5 |

Signatures:
Carlos J. Gonzalez
Marvin Erazo
Jose A. Salvador

Subcontractors? ___ Yes   ___ No   Name of Subcontractor(s): ___

**C&F LARGE EQUIPMENT**

| EQUIP # | TYPE | EQP HRS |
|---|---|---|
| | CF/RENT-BH | |
| | CF/RENT-10W | |
| | CF/RENT-10W | |
| | CF/RENT-6W | |
| 805 | Exc | 9 |
| 819 | Loader | 2.5 |

| C&F # | TYPE | Not Used | Half Day | Full Day |
|---|---|---|---|---|
| 107 | CF/PICK-UP | | | 11 |
| 217 | CF/SERV TK | | | 11.5 |

**C&F Misc Hand Tools Used**

| Quant IF > 1 Each | Type | Not Used | Half Day | Full Day |
|---|---|---|---|---|
| | Concrete Saw | | | |
| 1 | Drill | ✓ | | |
| | Generator | ✓ | | |
| 1 | Jump Jack | ✓ | | |
| | Manhole Box | | | |
| 1 | Plate Tamper | | | |
| | Pipe Saw | ✓ | | |
| 4 | Steel Plate | | | |
| | Trench Box - 8' | | | |
| | Trench Box - 16' | | | |
| 1 | Vibrator | ✓ | | |
| 1 | Water Pmp -3-4" | ✓ | | |
| | Water Pmp -6" | | | |
| 2 | x x 1" | | | |

**C&F Misc Other Equipment Used**

| C&F Eqp # | Type | Not Used | Half Day | Full Day |
|---|---|---|---|---|
| | Arrow Board | | | |
| | Bobcat Only | | | |
| | Bobcat HoeRam | | | |
| | Compressor | | | |
| | Light Tower | | | |
| 094 | Roller | ✓ | | |
| | Roller. | | | |
| | Tack Distibtr | | | |
| | Trailer | | | |
| | Water Tank | | | |
| | Mini Excav. | | | |

"J.5"

THUR, 7/29/04 HAMEL Builders

Bowlling GREEN APTS

@ 4TH ST & WiLMiNGTON AVE S.E.

INSTAll BAYSAVER POUR A CONCRETE SLAb UNDER 11'·0 x 6'·0 x 12" PARGE HOLE w/BRICK AND MORTAR ARROUNd THE BAYSAVER
RUN THE 24" FROM M.H. 3 TO PRIMARY M.H. BRICK UP THE HOLE AND PARGE