**IN THE UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** )<br>**f/u/b/o** )<br> )<br>**BAYSAVER TECHNOLOGIES, INC.** )<br> )<br>            **Claimant** )<br> )<br>**v.** )<br> )<br>**HAMEL BUILDERS, INC. et al.** )<br> )<br>            **Defendants.** ) | **Civil Action No. 1:05 CV 01354** |

**NOTICE OF APPEARANCE**

The Clerk will please enter this Notice of Appearance of Robert A. Klimek of Klimek, Kolodney & Casale, P.C., on behalf of Defendant Anchor Construction Corporation in the above-captioned action.

_____/s/_____
Robert A. Klimek, Bar No. 231605
KLIMEK, KOLODNEY & CASALE, P.C.
1155 15th Street, N.W., Suite 606
Washington, D.C. 20005
(202) 785-0491
(202) 659-9852 – facsimile
E-mail: rklimek@kkcnet.com

2

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was served electronically and by first-class mail, postage prepaid, this 8th day of October 2005, to:

Howard S. Stevens, Esquire
Wright, Constable & Skeen, LLP
One Charles Center, 16th Floor
100 North Charles St.
Baltimore, Maryland 21201
*Counsel for Plaintiff*

Vivian Katsantonis
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive
Suite 100
McLean, Virginia 22102
*Counsel for Defendant Hamel Builders, Inc.*

St. Paul Fire and Marine Insurance Company
385 Washington Street
St. Paul, Minnesota 55102
*Defendant*

                                           _____/s/_____
                                                 Leigh Ann Carr