N THE UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>f/u/b/o<br><br>BAYSAVER TECHNOLOGIES, INC.<br><br>Claimant<br><br>v.<br><br>HAMEL BUILDERS, INC. et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:05 CV 01354<br>)<br>)<br>)<br>) |

**NOTICE - WITHDRAWAL OF REPRESENTATION**

TO THE CLERK OF COURT:

Pursuant to Local Civil Rule 83.6(b) Leigh Ann Carr hereby withdraws her representation of Anchor Construction Company, Inc. in the above-captioned action because she is leaving the firm of Klimek, Kolodney & Casale, P.C.

Robert A. Klimek of Klimek, Kolodney & Casale, P.C. will continue as counsel of record.

Respectfully submitted,

_____/s/_____
Leigh Ann Carr, D.C. Bar No. 484741
KLIMEK, KOLODNEY, & CASALE, PC.
1155 15th Street, N.W., Suite 606
Washington, D.C. 20005
202 785-0491
202 659-9852 – Facsimile

2

**CERTIFICATE OF SERVICE**

HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was served electronically and by first-class mail, postage prepaid, this 8th day of October 2005, to:

Howard S. Stevens, Esquire
Wright, Constable & Skeen, LLP
One Charles Center, 16th Floor
100 North Charles St.
Baltimore, Maryland 21201
*Counsel for Plaintiff*

Vivian Katsantonis
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive
Suite 100
McLean, Virginia 22102
*Counsel for Defendant Hamel Builders, Inc.*

St. Paul Fire and Marine Insurance Company
385 Washington Street
St. Paul, Minnesota 55102
*Defendant*

                                                _____/s/_____
                                                Leigh Ann Carr