IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b/o | ) ) ) |
| BAYSAVER TECHNOLOGIES, INC. | ) ) |
| Claimant, | ) ) |
| v. | ) Civil Action No. 1:05 CV 01354 ) |
| HAMEL BUILDERS, INC., et al. | ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS HAMEL BUILDERS, INC. AND ST. PAUL FIRE
AND MARINE INSURANCE COMPANY'S CONSENT MOTION TO EXTEND TIME
TO RESPOND TO CLAIMANT BAYSAVER TECHNOLOGIES, INC.'S COMPLAINT**

Pursuant to an agreement between and among Claimant Baysaver Technologies, Inc. ("Claimant" or "Baysaver"), and Defendants Hamel Builders, Inc. and St. Paul Fire and Marine Insurance Company (collectively, "Defendants"), Defendants, by counsel, respectfully move this Court to extend the time by which Defendants may file their responses to Baysaver's Complaint until October 28, 2005. This is a consent motion, based on the referenced agreement between Claimant and Defendants.

Defendants seek the requested extension in order to avoid any unnecessary tax on the Court's resources and any further litigation expenses, while the parties attempt to resolve and settle the instant dispute, which involves only a sum of approximately $12,000, and which the parties believe is close to settling. Moreover, the requested extension will not prejudice any of the parties, based on the relative brevity of the requested extension, and since no other motions,

discovery, hearings or conferences have been filed, served, conducted or scheduled in this matter.

WHEREFORE, Defendants respectfully request an Order extending the time within which Defendants may respond to Claimant's Complaint until October 28, 2005.

**Dated: October 13, 2005.**

                                                        /s/
Vivian Katsantonis (D.C. Bar No. 432293)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000 Telephone
(703) 893-8029 Facsimile

Counsel for Defendants Hamel Builders, Inc. and St. Paul Fire and Marine Insurance Company

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** )<br>**f/u/b/o** )<br>**BAYSAVER TECHNOLOGIES, INC.,** )<br>           )<br>    **Claimant,** )<br>           )<br>**v.**           ) **Civil Action No. 1:05 CV 01354**<br>           )<br>**HAMEL BUILDERS, INC. <u>et al.</u>,** )<br>           )<br>    **Defendants.** )<br>_____ ) | |

**PROPOSED ORDER**

Upon consideration of Defendants Hamel Builders, Inc. and St. Paul Fire and Marine Insurance Company's (collectively, "Defendants") Consent Motion to Extend Time to Respond to Claimant Baysaver Technologies, Inc.'s ("Claimant") Complaint, and for good cause, it is hereby **ORDERED** that Defendants' response to Claimant's Complaint shall be filed on or before October 28, 2005.

October ___, 2005                    _____
Alexandria, Virginia                   United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Defendants Hamel Builders, Inc. and St. Paul Fire and Marine Insurance Company's Motion to Extend Time to Respond to Claimant Baysaver Technologies, Inc.'s Complaint was served this 13th day of October 2005, via facsimile and U.S. Mail, postage prepaid, to the following:

>Howard S. Stevens, Esquire
>Wright, Constable & Skeen, LLP
>One Charles Center, 16th Floor
>100 North Charles Street
>Baltimore, Maryland  21201
>
>Robert A. Klimek, Jr., Esquire
>Klimek, Kolodney & Casale, P.C.
>1155 15th Street, N.W.
>Suite 606
>Washington, D.C.  20005

_____/s/_____
Vivian Katsantonis