IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, t/u/b, BAYSAVER TECHNOLOGIES, INC., | &#124; |
| | &#124; |
| Plaintiff | &#124; |
| | &#124; |
| v. | &#124;  CASE NO.:  05-CV-01354 |
| | &#124; |
| HAMEL BUILDERS, INC. et al. | &#124; |
| | &#124; |
| Defendants | &#124; |

**PLAINTIFF'S VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANTS HAMEL BUILDERS, INC. AND ST. PAUL FIRE AND MARINE INSURANCE COMPANY**

Plaintiff, BaySaver Technologies, Inc. ("BaySaver") by and through its attorneys Howard S. Stevens, Wright, Constable & Skeen, LLP, hereby gives notice pursuant Fed. R. Civ. P. 41(a) that it dismisses, without prejudice, Defendants Hamel Builders, Inc. and St. Paul Fire and Marine Insurance Company.

_____/s/_____
Howard S. Stevens, D.C. Bar No. #466924
WRIGHT, CONSTABLE & SKEEN, LLP
One Charles Center, 16th Floor
100 North Charles St.
Baltimore, MD  21201
Telephone:  410/659-1300
*Attorneys for Baysaver Technologies, Inc.*

**Certificate of Filing**

I hereby certify that the foregoing notice was electronically filed this 28th day of October 2005.

_____/s/_____
Howard S. Stevens, D.C. Bar No. #466924

175584 v. (10217.00003)