UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BAYSAVER TECHNOLOGIES, INC.**<br><br>    Plaintiff,<br><br>    v.<br><br>**ANCHOR CONSTRUCTION CORP.**<br><br>    Defendant.<br><br>**ANCHOR CONSTRUCTION CORP.**<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>**BAYSAVER TECHNOLOGIES, INC.**<br><br>    Counterclaim Defendant. | Civil Action No. 05-1354 (JDB) |

**ORDER FOR INITIAL SCHEDULING CONFERENCE**

It is hereby **ORDERED** that the initial scheduling conference in this matter is set for December 5, 2005, at 9:00 AM. Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise. Parties are welcome to attend.

Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule 26(f) of the Federal Rules of Civil Procedure, and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than 14 days following their

-1-

conference, see L.Civ. R.16.3(d), and in no event less than three business days before the initial scheduling conference.  Counsel may also include in their Joint Rule 16.3 Report a brief statement of the case and any statutory basis for all causes of action and defenses.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter.  See L.Civ.R. 5.1(b).  The parties are directed to the requirements of Local Civil Rule 7.1(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7.1(m) regarding the duty to confer on all nondispositive motions (including those for enlargements of time).

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:   October 28, 2005

Copies to:

Howard Spessard Stevens
WRIGHT,CONSTABLE & SKEEN, LLP
100 N. Charles Street, 16th Floor
Baltimore, MD  21201
Email: hstevens@wcslaw.com

*Counsel for plaintiff and counterclaim defendant*


Robert A. Klimek
KLIMEK, KOLODNEY & CASALE, P.C.
1701 K Street, NW
Washington, DC  20006

*Counsel for defendant and counterclaim plaintiff*