

Wright, Constable & Skeen, L.L.P. | Attorneys at Law

One Charles Center, 16th Floor · 100 North Charles Street · Baltimore, Maryland 21201-3812 · Phone: 410-659-1300 · Toll Free: 1-888-894-7602 · Fax: 410-659-1350

**HOWARD S. STEVENS***
Writer's Direct Dial / Email:
(410) 659-1309 / HStevens@wcslaw.com

December 1, 2005

*Via electronic filing*

Honorable John D. Bates
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re: Baysaver Technologies, Inc. v. Hamel Builders, Inc. et al.
       Civil No. 05-1354 (JDB)

Dear Judge Bates:

    In accordance with the Court's Order for Initial Scheduling Conference, I have enclosed herewith the parties' Joint Report of FRCP (26)(f) and Local Rule 16.3 Meeting for your review and consideration.

    This matter is currently scheduled for an initial scheduling conference this coming Monday December 5, 2005 at 9:00 a.m. In light of the fact that the total amount in dispute in this case is $12,360, and in light of counsels 'concerted efforts to try to settle this case before attorneys' fees make any settlement impractical, Mr. Klimek has authorized me to jointly request that we be excused from the initial conference. We both believe that if the Court has any concerns or questions about the proposed discovery schedule, that such concerns could be addressed over a telephone conference.

    Both Mr. Klimek and I will be available all date Friday December 2, 2005 by telephone if you are amenable to granting our clients' the relief requested by this letter. Thank you for your consideration of this request.

                                   Very truly yours,

                                        /s/

                                   Howard S. Stevens

HSS:
Enclosures
Cc: Robert A. Klimek, Esq. (via e-mail)

176918 v. (10217.00003)

*Admitted in Maryland and the District of Columbia