**IN THE UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| f/u/b/o ) | |
| ) | |
| BAYSAVER TECHNOLOGIES, INC. ) | |
| ) | |
| Claimant ) | |
| ) | |
| v. ) | Civil Action No. 1:05 CV 01354 |
| ) | |
| HAMEL BUILDERS, INC. et al. ) | |
| ) | |
| Defendants. ) | |

**REPORT OF FRCP 26(f) AND LOCAL RULE 16.3 MEETING**

1. Pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.3, a telephone conference was held on December 1, 2005 and was attended by:

    Howard S. Stevens, Esq. for plaintiff Baysaver Technologies, Inc.

    Robert A. Klimek Jr. for defendant Anchor Construction Corporation

2. Pre-Discovery Disclosures. The parties will exchange by the information required by Fed.R.Civ.P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:

   As part of its contractual obligation to Defendant Anchor, Plaintiff Baysaver provided Defendant Anchor with information for the fabrication of manholes. Defendant contends the information provided by Plaintiff Baysaver was wrong. As a consequence, Defendant Anchor incurred costs of $11,397.46 to correct Plaintiff Baysaver's errors. Baysaver will conduct discovery concerning when, if at all, notice of the alleged errors were provided to Baysaver, efforts taken to mitigate damages, and efforts taken to address conditions allegedly caused by the errors.

    All discovery commenced in time to be completed by April 30, 2006.

    Maximum of 20 interrogatories by each party to any other party.

    Maximum of 30 requests for admission by each party to any other party.

Maximum of 3 depositions by plaintiff and 3 by defendants. Each deposition limited to maximum of 6 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

from plaintiff by February 15, 2006

from defendant by March 16, 2006

Supplementations under Rule 26(e) due March 31, 2006.

4. Other Items.

Defendant believes that the case is likely to be disposed of by dispositive motion. Plaintiff does not agree.

It is anticipated that the some or all the factual and legal issues can be agreed upon or narrowed.

Counsels have discussed ADR with their respective clients.

Dispositive motions should be filed on or before May 15, 2006, oppositions filed by June 1, 2006 and replies; by June 11, 2006. A decision on any such motion should be made by July 15, 2006.

The parties will attempt to stipulate to dispense with the initial disclosures required by Rule 26(a)(1), F.R.Civ.P. which are due by December 31, 2005.

Limits on discovery noted above should be applicable, however, a protective order is not appropriate.

The requirement of exchange of expert witness reports and information pursuant to Rule 26(a)(2), F.R.Civ.P., should not be modified. If experts are designated the deposition of experts should be completed by April 30, 2006.

The trial and/or discovery should not be bifurcated or managed in phases.

The Court should set a firm trial date at the pre-trial conference.

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in March 2006.

Plaintiff should be allowed until January 15, 2006 to join additional parties and until January 15, 2006 to amend the pleadings.

Defendants should be allowed until January 15, 2006 to join additional parties and until January 15, 2006 to amend the pleadings.

All potentially dispositive motions should be filed by May 15, 2006.

Settlement is unlikely.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

    from plaintiff(s) by (date) 50 days before trial

    from defendants by (date) 40 days before trial

Parties should have 30 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by June 15, 2006 and at this time is expected to take approximately 2 days.

Dated: December 1, 2005    Signed /s/ Howard S. Stevens
    Howard S. Stevens, Esq. Bar No. 466924
    Wright, Constable & Skeen, LLP
    100 North Charles St., 16th Floor
    Baltimore, Maryland 21201
    Ph. (410) 659-1309
    Fax (410) 659-1350
    Counsel for Baysaver Technologies, Inc.

Dated: December 1, 2005    Signed /s/ by Mr. Stevens w/ consent of Mr. Klimek
    Robert A. Klimek, Bar No. 231605
    KLIMEK, KOLODNEY & CASALE, P.C.
    1155 15th Street, N.W., Suite 606
    Washington, D.C. 20005
    (202) 785-0491
    (202) 659-9852 – facsimile
    E-mail: rklimek@kkcnet.com
    Counsel for Anchor Construction Corporation