UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSAVER TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>ANCHOR CONSTRUCTION CORP.<br><br>Defendant. | |
| ANCHOR CONSTRUCTION CORP.<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>BAYSAVER TECHNOLOGIES, INC.<br><br>Counterclaim Defendant. | Civil Action No. 05-1354 (JDB) |

**SCHEDULING ORDER**

Pursuant to the conference with the Court held on this date, and upon consideration of the parties' Joint Rule 16.3 Report and proposed scheduling order, it is hereby **ORDERED** that:

1. Initial disclosures required under Rule 26(a)(1) shall be made by not later than December 31, 2005.

2. Any amendments to pleadings or joinder of additional parties shall be completed by not later than January 15, 2006.

3. Plaintiff shall designate any experts and provide expert reports pursuant to Rule 26(a)(2) by not later than February 15, 2006.

4. Defendant shall designate any experts and provide expert reports pursuant to Rule 26(a)(2) by not later than March 16, 2006.

5. Any supplementation of disclosures or responses pursuant to Rule 26(e) shall be completed by not later than March 31, 2006.

6. The parties shall complete all discovery, including depositions of experts, by not later than April 30, 2006. Each party shall be limited to a total of twenty (20) interrogatories, thirty (30) requests for admission, and three (3) depositions (limited to six hours each, unless extended by agreement of the parties).

7. The parties shall file any dispositive motions by not later than May 15, 2006. Briefs in opposition to such motions are due by June 1, 2006. Replies, if any, are due by June 11, 2006.

                    /s/ John D. Bates
                    JOHN D. BATES
                    United States District Judge

Dated: December 5, 2005

Copies to:

Howard Spessard Stevens
WRIGHT,CONSTABLE & SKEEN, LLP
100 N. Charles Street, 16th Floor
Baltimore, MD  21201
Email: hstevens@wcslaw.com

*Counsel for plaintiff and counterclaim defendant*

Robert A. Klimek
KLIMEK, KOLODNEY & CASALE, P.C.
1701 K Street, NW
Washington, DC  20006

*Counsel for defendant and counterclaim plaintiff*