UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*The United States of America* )
5/4/0 *Bayaner Technologies, Inc* )
        Plaintiff(s) )
 )
*Hamel Builders, Inc. et. al.* )        Civil Action No. *1:05 CV 01354*
 )
_____ )
        Defendant(s) )

**CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____        *12-14-2005*
Attorney for the Plaintiff(s)                   Date

_____        *12/12/2005*
Attorney for the Defendant(s)                   Date

NOTICE:    The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties.

_____        _____
United States District Judge                   Date

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95