UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**
DEC 2 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_The United States of America_
_5/4/6/0 Bayrower Technologies, Inc._
Plaintiff(s)

_Hamel Builders, Inc. et. al._
Defendant(s)

Civil Action No. _1:05CV01354_

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____    12-14-2005
Attorney for the Plaintiff(s)    Date

_____    12/12/2005
Attorney for the Defendant(s)    Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties.

_____    December 20, 2005
United States District Judge    Date

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95