IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, t/u/b, BAYSAVER TECHNOLOGIES, INC., <br><br>　　　　Plaintiff <br><br> v. <br><br> HAMEL BUILDERS, INC. et al. <br><br>　　　　Defendants | CASE NO.: 05-CV-01354 |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, BaySaver Technologies, Inc. and the Defendant Anchor Construction Company, by and through their attorneys, hereby gives notice pursuant Fed. R. Civ. P. 41(a)(1) that this action shall be and is hereby dismissed, without prejudice.

| | |
|---|---|
| _____/s/_____ <br> Howard S. Stevens, D.C. Bar No. #466924 <br> WRIGHT, CONSTABLE & SKEEN, LLP <br> One Charles Center, 16th Floor <br> 100 North Charles St. <br> Baltimore, MD  21201 <br> Telephone:  (410) 659-1309 <br> *Counsel for Baysaver Technologies, Inc.* | /s/ by Mr. Stevens w/ consent of Mr. Klimek <br> Robert A. Klimek, Bar No. 231605 <br> KLIMEK, KOLODNEY & CASALE, P.C. <br> 1155 15th Street, N.W., Suite 606 <br> Washington, D.C. 20005 <br> Telephone:  (202) 785-0491 <br> *Counsel for Anchor Construction Corporation* |

**Certificate of Filing**

I hereby certify that the foregoing notice was electronically filed this 24th day of April 2006.

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Howard S. Stevens, D.C. Bar No. #466924

182158 v. (10217.00003)